FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 21 PM 12: 03

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

WILLIE A. EVANS,                  )
                                  )
    Plaintiff,            )
                                  )
v.                                )
                                  )   Case No. CV611-110
GENERAL ELECTRIC COMPANY,         )
J.C. PENNEY CORPORATION,          )
INC., and LOWE'S HOME             )
CENTERS, INC.,                    )
                                  )
    Defendants.           )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 21 day of Feb, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA